UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANOR GAIL SWAIN WESTERN, | Case No.: 1:19-cv-0077 - JLT |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | (Doc. 18) |
| Defendant. | |

Eleanor Gail Swain Western and Andrew Saul, Commissioner of Social Security, stipulated for the payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 18)  Subject to the terms of the stipulation, the Court **ORDERS** fees in the total amount of $5,562.28 are **AWARDED** to Eleanor Gail Swain Western.

IT IS SO ORDERED.

Dated: **June 1, 2020**                **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE